98–1681. State v. Emerick.
Montgomery App. No. 15768. On motion for leave to file delayed appeal. Motion denied. PFEIFER, J., dissents.

98–1682. State v. Webb.
Clermont App. No. CA91–08–053. On motion for appointment of counsel. Motion denied. PFEIFER, J., dissents.

98–1701. State v. Hamlin.
Lorain App. No. 98CA007072. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

98–1708. State v. Holly.
Cuyahoga App. No. 72818. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

98–1710. State v. Childs.
Hamilton App. No. C–961134. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

98–1732. State v. Trent.
Allen App. No. 1–98–3. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., PFEIFER and COOK, JJ., dissent.

98–1752. State v. Castaneda–Diaz.
Cuyahoga App. No. 71160. On motion for leave to file delayed appeal. Motion denied.

98–1757. Sharwell v. Wimberly.
Cuyahoga App. No. 73299. On motion for stay. Motion denied.

98–1766. State v. Brown.
Hamilton App. No. C–980047. On motion for leave to file delayed appeal. Motion denied.

98–1770. State v. Scott.
Cuyahoga App. No. 68907. On motion for leave to file delayed appeal. Motion denied.

98–1789. State v. Buckley.
Stark App. No. CA8212. On motion for leave to file delayed appeal. Motion denied.

98–1790. Brown v. Brown.
Franklin App. No. 97APF11–1514. On motion for stay. Motion denied.

98–1805. State v. Hawkins.
Franklin App. No. 97APA06–740. On motion for leave to file delayed appeal. Motion denied.

98–1844. State v. Hoover.
Franklin App. No. 97APA10–1399. On review of order certifying a conflict. The court determines that a conflict exists; sua sponte, cause consolidated with 98–1432, infra, and held for the decision in 97–1985, State v. Cook, Allen App. No. 1–97–21; briefing schedule stayed.

98–1859. State v. Lowther.
Franklin App. No. 97APA09–1274. On review of order certifying a conflict. The court determines that a conflict exists; sua sponte, cause consolidated with 98–1628, infra, and held for the decision in 97–1985, State v. Cook, Allen App. No. 1–97–21; briefing schedule stayed.

## DISCRETIONARY APPEALS ALLOWED

98–1256. State v. Jones.
Athens App. No. 97CA42. Sua sponte, cause held for the decision in 97–1985, State v. Cook, Allen App. No. 1–97–21; briefing schedule stayed.